# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

AKEI LEVORN CHAPMAN,

        Defendant-Appellant.

UNPUBLISHED
July 21, 2015

No. 321000
Wayne Circuit Court
LC No. 13-009215-FC

Before: HOEKSTRA, P.J., and JANSEN and METER, JJ.

HOEKSTRA, P.J., *(concurring)*.

I concur in the majority's decision to affirm defendant's convictions. I write separately because, although I agree with the majority that any misconduct by the prosecutor was not outcome determinative and that defense counsel was not constitutionally ineffective for failing to object to the prosecutor's remarks, I am persuaded that the prosecutor impermissibly expressed personal beliefs, unsupported by the evidence, when the prosecutor categorically asserted that "normal" and "healthy" friendships cannot exist between teenagers and adults. See *People v Bahoda*, 448 Mich 261, 282-283, 286-287; 531 NW2d 659 (1995); *People v Watson*, 245 Mich App 572, 588; 629 NW2d 411 (2001).

/s/ Joel P. Hoekstra